**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 25-14298

Non-Argument Calendar

_____

QUINCETTA Y. CARGILL,

*Plaintiff-Appellant,*

*versus*

UNITED STATES OF AMERICA,
UNITED STATES ATTORNEY'S OFFICE,
MELISSA K. ATWOOD,

  U.S. Attorney,

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:25-cv-00022-AMM-JHE

_____

Before ROSENBAUM, NEWSOM, and GRANT, Circuit Judges.

PER CURIAM:

2                          Opinion of the Court                    25-14298

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. Quincetta Cargill, a federal prisoner proceeding pro se, appeals from the district court's February 21, 2025 order dismissing her complaint without prejudice, for which judgment is deemed entered on July 21, 2025. *See* Fed. R. App. P. 4(a)(7)(A)(ii); Fed. R. Civ. P. 58(a). The 60-day statutory deadline required Cargill to file a notice of appeal on or before September 19, 2025. *See* 28 U.S.C. § 2107(b)(1); Fed. R. App. P. 4(a)(1)(B)(i). However, Cargill's notice is not deemed filed, under the prison mailbox rule, until November 25, 2025. *See* Fed. R. App. P. 4(c)(1); *Houston v. Lack*, 487 U.S. 266, 276 (1988); *Daniels v. United States*, 809 F.3d 588, 589 (11th Cir. 2015). Accordingly, the notice of appeal is untimely and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

All pending motions are DENIED as moot.